UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
**Court of Appeals No.** _____

**CASE INFORMATION:**
Short Case Title: _____ EEOC vs. Alamo Rent-A-Car, LLC, et al. _____
District, Division & Judge _____ **AZ - PHX-** Roslyn O. Silver J. Martone _____
**District Court Case No.** _____ **CV02-1908-PHX-ROS** _____
Date Complaint Filed: __09/27/02__
Date Appealed Judgment *entered*: 06/11/07
Date Notice of Appeal *filed*: 07/05/07
Date of Indictment _____ Plea Hearing _____ Sentencing _____
COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending
                          ☐ no COA required (2241)

☐ Certificate of Record included

Court Reporter(s) Name & Phone Number:  David Lee; Elaine Cropper 602-322-7245

_____ *Magistrate Judge's Order?  If so, please attach.*
**FEE INFORMATION**
Date Docket Fee Paid: __07/05/07__           Date Docket Fee Billed: _____
Date IFP granted: _____                Date IFP denied: _____
Is IFP pending? ☐ yes  ☐ no                  Was IFP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: _____

*Please attach copy of any order granting, denying or revoking IFP.*
**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                           Appellee Counsel:

       ☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other -----  *Please attach appointment order.*
       ☒ **See attached docket for names/addresses/phone numbers**
**DEFENDANT INFORMATION**
Prisoner ID _____              Address:
Custody ☐ yes  ☐ no                  Bail _____

Other docs included in this packet:

Name & Phone Number of Person Completing this Form:  s/ Elaine Leon
                                                     602-322-7213
**Ninth Circuit  -  Please acknowledge receipt of this appeal on the enclosed copy**.