## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) ) | CV02-1908-PHX-ROS |
| v. | ) ) | |
| Alamo Rent-A-Car, et al., | ) ) | |
| Defendants. | ) | |

__XX__  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AN ADJUDGED** that the Jury having found in favor of Plaintiff against Defendants as follows: Compensatory Damages: $16,000.00 and Punitive Damages: $250,000.00.  Back Pay: $21,640.00 and Pre-Judgment Interest: $4,510.00.

August 28, 2007                                          RICHARD H. WEARE
                                                         District Court Executive/Clerk

                                                         s/E.Leon
                                                         By: Deputy Clerk

cc: (all counsel)