Mary Jo O'Neill (AZ Bar No. 005924)
P. David Lopez (DC Bar No. 426463)
Valerie L. Meyer (CA Bar No. 228586)
Equal Employment Opportunity Commission
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
Telephone: 602.640.4988
FAX: 602.640.5009

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>            Plaintiff,<br><br>     vs.<br><br>Alamo Rent-A-Car LLC; and ANC Rental Corporation,<br><br>            Defendants. | NO. CIV 02-1908 PHX-ROS<br><br>**SATISFACTION OF JUDGMENT**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

COMES NOW Plaintiff Equal Employment Opportunity Commission and acknowledges full satisfaction of the Amended Judgment (Dkt. #165) in the amount of $292,150.00 and full satisfaction of the Cost Judgment (Dkt. #168) in the amount of $3,501.21, with outstanding interest owed to date, awarded in the instant action against Defendants.

DATED this 30th day of November, 2007.

MARY JO O'NEILL
Regional Attorney

SALLY C. SHANLEY
Supervisory Trial Attorney

1
2                                       /s/ P. David Lopez
                                        P. DAVID LOPEZ
3                                       Trial Attorney

4                                       EQUAL EMPLOYMENT OPPORTUNITY
5                                       COMMISSION
                                        3300 N. Central Ave., Suite 690
6                                       Phoenix, Arizona 85012

7
8
9                            **Certificate of Service**

10      I certify that on this 30th day of November, 2007, I electronically transmitted the
11
     attached document to the Clerk's Office using the CM/ECF System for filing and
12
     transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
13

14
                                    Lonnie J. Williams, Jr.
15                                  Carrie M. Francis
                                    Quarles & Brady LLP
16                                  Two North Central Avenue
                                    Phoenix, AZ 85004
17

18                                  /s/ Barbara J. Roberts
                                    Barbara J. Roberts
19                                  Secretary

20
21
22
23
24
25
26